IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HASANI JACKSON,

    Plaintiff,

v.

MILLS CORP.,

    Defendant.
                                         /

No. C 07-00662 JSW

**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED**

On April 18, 2007, Defendant filed a motion to dismiss Plaintiff's complaint and also filed a motion to strike portions of Plaintiff's complaint. Defendant noticed the motions for hearing on May 25, 2007. Pursuant to Local Rule 7-3(a), Plaintiff's opposition briefs were due on May 4, 2007. No opposition briefs have been filed.

Accordingly, Plaintiff is HEREBY ORDERED TO SHOW CAUSE why this case should not be dismissed for failure to prosecute. Plaintiff's response shall be due by no later than May 11, 2007. If Plaintiff seeks to file a substantive response to Defendant's motion, Plaintiff must demonstrate good cause for failing to file the opposition briefs in a timely fashion. Defendant may file a response to any substantive arguments raised by Plaintiff on the merits of its motions by no later than May 21, 2005. The hearing on Defendant's motion remains set for May 25, 2007, unless otherwise ordered.

Plaintiff is advised that failure to respond to this Order to Show Cause shall result in

dismissal of this case without prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Dated: May 7, 2007

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE