IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASANI JACKSON,<br><br>    Plaintiff,<br><br>  v.<br><br>MILLS CORP.,<br><br>    Defendant.<br>_____ / | No. C 07-00662 JSW<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED AND ORDER REFERRING CASE TO MAGISTRATE JUDGE FOR ALL PURPOSES** |

On May 7, 2007 this Court issued an Order to Show Cause why the case should not be dismissed for failure to prosecute. The Court has received Plaintiff's response to the Order, and HEREBY DISCHARGES the Order to Show Cause without further action.

It is FURTHER ORDERED that, pursuant to Northern District Civil Local Rule 73-1(b) and the parties' consent, this matter is HEREBY REFERRED to a randomly assigned Magistrate Judge for all further proceedings. The May 25, 2007 hearing date on Defendants' motion to dismiss and motion to strike and the initial case management conference set for that date are VACATED.

**IT IS SO ORDERED.**

Dated: May 11, 2007

                                                   JEFFREY S. WHITE<br>
                                                 UNITED STATES DISTRICT JUDGE

cc:    Wings Hom