GATES, O'DOHERTY, GONTER & GUY, LLP
10601 Civic Center Drive, Suite 120
Rancho Cucamonga, California 91730
Telephone: (909) 477-3282
Facsimile: (909) 477-3272

F.X. SEAN O'DOHERTY, SBN: 87556

Attorneys for Defendant,
Mills Corporation

# THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASANI JACKSON,<br><br>    Plaintiff,<br><br>vs.<br><br>MILLS CORP. a foreign corporation,<br><br>    Defendant. | Case No.: C07-00662-JSW<br><br>ORDER OF NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT MILLS CORPORATION<br><br>Honorable **Elizabeth D. Laporte** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

The Honorable **Elizabeth D. Laporte** hereby grants defendant, MILLS Corporation's Substitution of attorney. The current counsel will be: WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP instead of GATES, O'DOHERTY, GONTER & GUY, LLP.

The above substitution is hereby granted and ordered:

Dated: May 30, 2007

_____
HONORABLE ELIZABETH D. LAPORTE

[Stamp: IT IS SO ORDERED / Judge Elizabeth D. Laporte signature]