RONALD S. BUSHNER (SBN 95768)
REBECCA BENHURI (SBN 209443)
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California 94105-2725
Telephone:  (415) 433-0990
Facsimile:  (415) 434-1370

Attorneys for Defendant MILLS CORPORATION

THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASANI JACKSON,<br><br>  Plaintiff,<br><br>v.<br><br>MILLS CORPORATION, a foreign corporation,<br><br>  Defendant. | Case No. C07-00662 EDL<br><br>**DECLARATION OF REBECCA BENHURI AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Current CMC Date: July 3, 2007<br>Time: 10:00 a.m.<br>Place: Courtroom E, 15th Floor<br>  U.S. District Court<br>  450 Golden Gate Ave.<br>  San Francisco, CA 94102<br>Judge: HON. ELIZABETH LAPORTE |

I, Rebecca Benhuri, declare that the foregoing is true and correct of my own personal knowledge, except as to matters stated upon information and belief, which I believe to be true, and if called upon to do so, I could and would competently testify thereto:

1. I am an attorney at law, duly licensed to practice before all the Courts of the State of California and the U.S. District Court for the Northern District of California, and I am an associate with the law firm of Wilson, Elser, Moskowitz, Edelman & Dicker, LLP. I am one of the attorneys of record for Defendant THE MILLS CORPORATION ("MILLS") in the above-captioned matter. We substituted in as counsel of record replacing F.X. Sean O'Doherty of Gates, O'Doherty, Gonter & Guy LLP on May 30, 2007.

2. We are temporarily without any client to authorize several actions that are soon coming due in this case. Today it came to my attention that MILLS has been the subject of a takeover by another corporation and that our client contacts are no longer employed by MILLS or its successor. Despite our best efforts and the efforts this week and last week of attorneys at Gates, O'Doherty, Gonter & Guy LLP, (who have had a continuing attorney-client relationship with Mills for some period of time, involving several cases) neither firm has able to identify the appropriate person(s) on behalf of MILLS to authorize litigation activity. Without a client contact, we are unable to complete the joint CMC statement, various discovery documents (including verifications), and ADR Program-related documents. We are actively continuing our investigation of the identity or identities of the new client contacts. We will file the Certification of Interested Parties and ADR Program-related documents as soon as possible and have notified Howard Herman, with whom we have worked previously, of our situation and are providing him a courtesy copy of this declaration. We are also working with plaintiff's counsel to arrange a brief continuance of the discovery responses on behalf of Mills that will be due shortly.

3. For the good cause shown above, we request a 30-day continuance of the Case Management Conference, currently set for July 3, 2007, and of the date to file the Case Management Conference Statement.

4. I contacted plaintiff's counsel M. Van Smith by e-mail to inform him of these matters.

5. For the Court's convenience, I submit herewith a proposed order for the Court to sign granting a continuance of the Case Management Conference and the filing date for the Case Management Conference Statement.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed this 25th day of June, at San Francisco, California.

_____
Rebecca Benhuri

2

287131.1
Case No. C07-00662 EDL

1
2
3                    THE UNITED STATES DISTRICT COURT
4                    NORTHERN DISTRICT OF CALIFORNIA
5
6  HASANI JACKSON,                        ) Case No. C07-00662 EDL
                                          )
7         Plaintiff,                      ) **ORDER CONTINUING CASE**
                                          ) **MANAGEMENT CONFERENCE**
8    v.                                   )
                                          )
9  MILLS CORPORATION, a foreign           )
   corporation,                           )
10                                        )
          Defendant.                      )
11 _____)
12
13                                   **ORDER**
14
15       **FOR GOOD CAUSE SHOWN, IT IS SO ORDERED:**
16       The Case Management Conference scheduled for July 3, 2007 at 10:00 a.m. is continued to
17  ___August 7___, 2007 at 10:00 a.m. with a Joint Case Management Statement due
18  ___July 31___, 2007.
19
20  DATED: __June 27, 2007__
21
22
23                                            _____
24                                            HON. ELIZABETH D. LAPORTE
                                              U.S. MAGISTRATE JUDGE
25
26
27
28                                        3

287131.1
Case No. C07-00662 EDL

# PROOF OF SERVICE

I am a citizen of the United States. I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address is 525 Market Street, 17th Floor, San Francisco, California 94105. On this date I served the following document(s):

**DECLARATION OF REBECCA BENHURI AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**

on the part(y)(ies) identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

M. Van Smith, Esq.
Attorney at Law
1696 Mendenhall Drive
San Jose, CA 95130

Attorney for Plaintiff Hasani Jackson

Telephone: (408) 364-1062
Email: MVSmith@sbcglobal.net

☐ Said document(s) was (were) placed for deposit in the **United States Postal Service** in a sealed envelope with postage fully prepaid for collection and mailing to the addressee listed above on that date following ordinary business practice.

**XXX** By **Electronic E-Mail** - I caused the abovementioned document(s) to be electronically served to the office(s) of the addressee(s) and electronically filed with the court clerk's office.

☐ A copy of said document(s) was processed for delivery by **Federal Express** in a sealed Federal Express mailer, with previously made payment arrangements, duly addressed, and sent via overnight mail.

☐ A copy of said document(s) was successfully transmitted by **facsimile** pursuant to C.C.P. § 1013(e) from 415/433-0990 to the number listed with the address. Said transmission was reported complete and without error.

☐ Said document(s) was **personally served** by hand this date to the offices of the addressee(s) noted above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge. EXECUTED on June 25, 2007 at San Francisco, California.

S/ Stephen Hetzler

4

287131.1
Case No. C07-00662 EDL