UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**HASANI JACKSON**

    Plaintiff,                      No. C-**07-0662** EDL

    v.                            **ORDER OF DISMISSAL**

**MILLS CORP.**

    Defendant.

_____/

On September 14, 2007, this Court granted Defendant Mills Corp.'s motion to dismiss Plaintiff Hasani Jackson's complaint. The Court granted Mr. Jackson leave to amend his complaint, although Mr. Jackson's former counsel informed the Court that it was unclear whether Mr. Jackson intended to proceed with his case. The Court noted that if Mr. Jackson did not file an amended complaint by October 12, 2007, the Court would dismiss his complaint with prejudice for failure to prosecute. Accordingly, as Plaintiff has not yet filed an amended complaint, IT IS HEREBY ORDERED that this case is dismissed with prejudice for failure to prosecute.

IT IS SO ORDERED.

Dated: October 18, 2007

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge